# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LADARIUS BLACKSHIRE**                                              **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO. 4:18-cv-00090-SA-JMV**

**BFI WASTE SYSTEMS OF NORTH AMERICA, LLC,**
**BFI WASTE SYSTEMS OF MISSISSIPPI, LLC,**
**JAMES BATES AND JOHN DOES 1-10**                            **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY THIS CAUSE came to be heard on the joint motion, *ore tenus*, of all parties to dismiss this action and all claims asserted herein with prejudice. The Court has been advised by the parties that this cause has been fully compromised and settled and that there remain no issues to be litigated, adjudicated, or determined. The Court has been further advised that the parties have consented to the entry of this Judgment and have agreed that this cause should be dismissed with prejudice with the parties to bear their respective costs. In addition, Plaintiff has agreed to resolve, as part of the agreed settlement between the parties, any and all liens, assignments, subrogation claims, and outstanding balances in connection with this lawsuit and/or the claims asserted herein. Being fully advised in the premises, the Court finds that said motion is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED THAT this action and all claims asserted herein be, and the same hereby are, dismissed with prejudice with the parties to bear their respective costs.

IT IS FURTHER HEREBY ORDERED AND ADJUDGED THAT Plaintiff shall resolve, as part of the agreed settlement between the parties, any and all liens, assignments, subrogation claims, and outstanding balances in connection with this lawsuit and/or the claims asserted herein.

SO ORDERED AND ADJUDGED, this the 11TH day of April, 2018.

/s/ Sharion Aycock
U.S. DISTRICT COURT JUDGE

AGREED TO:

/s/
John H. Daniels, III (MSB #5787)
E. Hyde Carby (MSB #102932)
ATTORNEYS FOR PLAINTIFF


/s/
Mark C. Carlson (MSB #5871)
ATTORNEY FOR DEFENDANTS